THOMAS F. LANDERS [SBN 207335]
tlanders@swsslaw.com
LEAH S. STRICKLAND [SBN 265724]
lstrickland@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303

Attorneys for Defendant Midland Credit
Management, Inc.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rocky Atwood, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>       v.<br><br>Midland Credit Management, Inc.; and DOES 1-25,<br><br>        Defendants. | Case No. 3:19-cv-01514-L-RBB<br><br>**ANSWER TO PLAINTIFF'S COMPLAINT**<br><br><br>Judge: Hon. M. James Lorenz<br>Mag. Judge: Hon. Ruben B. Brooks |

Defendant MIDLAND CREDIT MANAGEMENT, LLC ("MCM" or "Defendant"), on behalf of itself and no others, hereby submits the following Answer to the Class Action Complaint ("Complaint") filed in this action by Plaintiff ROCKY ATWOOD ("Plaintiff"):

**I.**

**INTRODUCTION, PARTIES, JURISDICTION AND VENUE**

1.      Paragraph 1 consists of conclusions of law and legal arguments to which no response is required.

2.      Paragraph 2 consists of conclusions of law and legal arguments to which no response is required.

3.      Defendant lacks sufficient information or belief to either admit or deny the allegations in Paragraph 3 of the Complaint and, on that basis, denies them.

4.      Defendant admits that it is incorporated under the laws of the State of Kansas, but its principal place of business is 350 Camino de la Reina, Suite 100, San Diego, CA 92108.

5.      Paragraph 5 of the Complaint contains conclusions of law, which require no response. To the extent that the paragraph contains factual allegations, Defendant admits that it has, in the past, engaged in activities that meet the statutory definition of what constitutes a "debt collector."

6.      Defendant admits it caused a letter dated July 17, 2019 to be sent to Plaintiff's address. The remaining allegations of Paragraph 6 contain conclusions of law and legal arguments to which no response is required. To the extent that the remaining allegations contain factual allegations, Defendant lacks sufficient information or belief to either admit or deny the allegations and, on that basis, denies them.

7.      The contents of the letter speak for themselves.

8.      The contents of the letter speak for themselves.

9.      Defendant lacks sufficient information or belief to either admit or deny the allegations in Paragraph 9 and, on that basis, denies them.

10.     Defendant admits this court has subject-matter jurisdiction over Plaintiff's claims.

///

11.     Defendant admits Plaintiff's Complaint presents a federal question and that venue is proper in this district.

12.     Defendant admits venue is proper in this district.

13.     Defendant admits venue is proper in this district and the court has jurisdiction.

14.     Defendant admits venue is proper in this district.

## II.

## ADDITIONAL BACKGROUND ALLEGATIONS

15.     Defendant lacks sufficient information or belief to either admit or deny the allegations contained in Paragraph 15 and, on that basis, denies them.

16.     Paragraph 16 of the Complaint contains conclusions of law, which require no response. To the extent that the paragraph contains factual allegations, Defendant lacks sufficient information or belief to either admit or deny the allegations contained in Paragraph 16, and on that basis denies such allegations.

17.     Paragraph 17 of the Complaint contains conclusions of law, which require no response. To the extent that the paragraph contains factual allegations, the contents of the letter speak for themselves.

18.     Paragraph 18 of the Complaint contains conclusions of law, which require no response. To the extent that the paragraph contains factual allegations, Defendant lacks sufficient information or belief to either admit or deny the allegations contained in Paragraph 18 and, on that basis, denies them.

19.     Paragraph 19 of the Complaint contains conclusions of law, which require no response. To the extent that the paragraph contains factual allegations, Defendant lacks sufficient information or belief to either admit or deny the allegations contained in Paragraph 19 and, on that basis, denies them.

20.     Paragraph 20 of the Complaint contains allegations not directed toward this answering Defendant and, accordingly, no response is required. To the extent a response is required, Midland Funding, LLC purchases distressed asset portfolios.

///

21.     Paragraph 21 of the Complaint contains conclusions of law, which require no response. To the extent that the paragraph contains factual allegations, Defendant admits it services account portfolios owned by Midland Funding, LLC.

22.     Paragraph 22 of the Complaint contains conclusions of law, which require no response. To the extent that the paragraph contains factual allegations, Defendant admits it services account portfolios owned by Midland Funding, LLC.

23.     Paragraph 23 of the Complaint contains conclusions of law, which require no response. To the extent that the paragraph contains factual allegations, the contents of any letters speak for themselves.

24.     Defendant lacks sufficient information or belief to either admit or deny the allegations contained in Paragraph 24, and on that basis, denies them.

## III.

## SUMMARY OF THE FDCPA AND THE SECTIONS OF THE FDCPA THAT APPLY TO THIS CIVIL ACTION

25.     Paragraph 25 of the Complaint contains conclusions of law, which require no response.

26.     Paragraph 26 of the Complaint contains conclusions of law, which require no response.

27.     Paragraph 27 of the Complaint contains conclusions of law, which require no response.

28.     Paragraph 28 of the Complaint contains conclusions of law, which require no response.

## IV.

## ALLEGATIONS RELATED TO THE SUBJECT COLLECTION LETTER

29.     The contents of the letter speak for themselves.

**A.     How the Collection Letter Was Formatted by MCM to Emphasize and Deemphasize Certain Language.**

33.*(sic)*The contents of the letter speak for themselves.

30.    The contents of the letter speak for themselves.

31.    The contents of the letter speak for themselves.

32.    The contents of the letter speak for themselves.

33.    The contents of the letter speak for themselves.

34.    The contents of the letter speak for themselves.

35.    The contents of the letter speak for themselves.

36.    The contents of the letter speak for themselves.

37.    Paragraph 37 of the Complaint contains conclusions of law, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

**B.**    **Description of the Collection Letter's "pre-approved" "discount program"**

38.    The contents of the letter speak for themselves.

39.    The contents of the letter speak for themselves.

40.    The contents of the letter speak for themselves.

41.    The contents of the letter speak for themselves.

42.    The contents of the letter speak for themselves.

43.    The contents of the letter speak for themselves.

44.    The contents of the letter speak for themselves.

45.    The contents of the letter speak for themselves.

46.    The contents of the letter speak for themselves.

47.    The contents of the letter speak for themselves.

48.    The contents of the letter speak for themselves.

49.    The contents of the letter speak for themselves.

50.    The contents of the letter speak for themselves.

**B.** *(sic)* **The "pre-approved "discount program" Is a False and Deceptive Means to Collect a Debt**

51.    Defendant denies the allegations of Paragraph 51.

52.    Defendant denies the allegations of Paragraph 52.

53.    Defendant denies the allegations of Paragraph 53.

54.     Paragraph 54 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

55.     Paragraph 55 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

56.     Paragraph 56 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

57.     Paragraph 57 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

58.     Paragraph 58 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

59.     Paragraph 59 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

60.     Paragraph 60 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

61.     Paragraph 61 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

62.     Defendant denies the allegations of Paragraph 62.

63.     Paragraph 63 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

64.     Paragraph 64 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

65.     Paragraph 65 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

66.     Paragraph 66 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

67.     Paragraph 67 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

68.     Paragraph 68 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

69.     Paragraph 69 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

70.     Paragraph 70 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

71.     The contents of the letter speak for themselves.

72.     The contents of the letter speak for themselves.

73.     The contents of the letter speak for themselves.

74.     Paragraph 74 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

///

1  **C.**   **The Collection Letter's Use of a Time-Barred Debt Disclosure**

2  75.   The contents of the letter speak for themselves.

3  76.   Paragraph 76 of the Complaint contains conclusions of law and legal arguments,

4  which require no response. To the extent that the paragraph contains factual allegations, Defendant

5  denies them.

6  77.   The contents of the letter speak for themselves.

7  78.   The contents of the letter speak for themselves.

8  79.   The contents of the letter speak for themselves.

9  **D.**   **The Collection Letter's Use of a Renewal Disclaimer**

10  80.   The contents of the letter speak for themselves.

11  81.   The contents of the letter speak for themselves.

12  82.   The contents of the letter speak for themselves.

13  83.   The contents of the letter speak for themselves.

14  84.   The contents of the letter speak for themselves.

15  85.   The contents of the letter speak for themselves.

16  86.   The contents of the letter speak for themselves.

17  **E.**   **The Placement of the Renewal Disclaimer Is a False and Deceptive Means to**

18     **Collect a Debt**

19  87.   Defendant denies the allegations of Paragraph 87.

20  88.   Defendant denies the allegations of Paragraph 88.

21  89.   Defendant denies the allegations of Paragraph 89.

22  90.   Paragraph 90 of the Complaint contains conclusions of law and legal arguments,

23  which require no response. To the extent that the paragraph contains factual allegations, Defendant

24  denies them.

25  91.   The text of the transcript speaks for itself.

26  92.   The text of the transcript speaks for itself.

27  93.   The text of the transcript speaks for itself.

28  94.   The text of the transcript speaks for itself.

95.     The order speaks for itself.

96.     Paragraph 96 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

97.     Paragraph 97 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

**F.     The Collection Letter Envelope**

98.     The contents of the envelope speak for themselves.

99.     The contents of the envelope speak for themselves.

100.    The contents of the envelope speak for themselves.

101.    The contents of the envelope speak for themselves.

102.    The contents of the envelope speak for themselves.

103.    Defendant denies the allegations of Paragraph 103.

104.    Defendant denies the allegations of Paragraph 104.

**V.**

**SUMMARY OF COLLECTION LETTER VIOLATIONS**

105.    Paragraph 105 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

106.    Paragraph 106 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

107.    Paragraph 107 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

///

///

108.    Paragraph 108 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

109.    Paragraph 109 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

110.    Paragraph 110 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

111.    Paragraph 111 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

112.    Paragraph 112 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

113.    Paragraph 113 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

114.    Paragraph 114 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

115.    Paragraph 115 Paragraph 96 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

116.    Paragraph 116 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

///

117.     Paragraph 117 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

118.     Paragraph 118 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

**VI.**

**CAUSES OF ACTION**

**COUNT I**

**INDIVIDUAL CLAIM RELATED TO THE COLLECTION ENVELOPE**

**PURSUANT TO 1692f AND 1692f(8) OF THE FDCPA**

119.     Defendant incorporates by reference its responses contained in Paragraphs 1 through 118.

120.     Paragraph 120 of the Complaint contains conclusions of law, which require no response.

121.     Paragraph 121 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

122.     Paragraph 122 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

123.     Paragraph 123 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

///

///

///

///

ANSWER TO PLAINTIFF'S COMPLAINT

**COUNT II**

**CLASS ACTION CLAIMS RELATED TO THE COLLECTION ENVELOPE**

**PURSUANT TO SECTIONS 1692f AND 1692f(8) OF THE FDCPA**

124.    Defendant incorporates by reference its responses contained in Paragraphs 1 through 123.

125.    Defendant lacks sufficient information or belief to either admit or deny the allegations contained in Paragraph 125 and, on that basis, denies them.

126.    Defendant lacks sufficient information or belief to either admit or deny the allegations contained in Paragraph 126 and, on that basis, denies them.

127.    Defendant lacks sufficient information or belief to either admit or deny the allegations contained in Paragraph 127 and, on that basis, denies them.

128.    Defendant lacks sufficient information or belief to either admit or deny the allegations contained in Paragraph 128 and, on that basis, denies them.

**COUNT III**

**INDIVIDUAL CLAIM RELATED TO THE COLLECTION ENVELOPE AND THE**

**COLLECTION LETTER PURSUANT TO SECTION 1692e(2) OF THE FDCPA**

129.    Defendant incorporates by reference its responses contained in Paragraphs 1 through 128.

130.    Defendant denies the allegations of Paragraph 130.

131.    Paragraph 131 of the Complaint contains conclusions of law, which require no response.

132.    Paragraph 132 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

133.    Paragraph 133 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

///

134.    Paragraph 134 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

135.    Paragraph 135 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

136.    Paragraph 136 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

<u>**COUNT IV**</u>

**CLASS ACTION CLAIM RELATED TO THE COLLECTION ENVELOPE AND THE COLLECTION LETTER PURSUANT TO SECTION 1692e(2)(a) OF THE FDCPA**

137.    Defendant incorporates by reference its responses contained in Paragraphs 1 through 136.

138.    Defendant denies the allegations of Paragraph 138.

139.    Paragraph 139 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

140.    Paragraph 140 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

141.    Paragraph 141 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

142.    Defendant lacks sufficient information or belief to either admit or deny the allegations contained in Paragraph 142 and, on that basis, denies them.

143.    Defendant lacks sufficient information or belief to either admit or deny the allegations contained in Paragraph 143 and, on that basis, denies them.

144.  Defendant denies the allegations of Paragraph 144.

145.  Defendant denies the allegations of Paragraph 145.

<u>**COUNT V**</u>

**INDIVIDUAL CLAIM RELATED TO THE COLLECTION ENVELOPE AND**

**THE COLLECTION LETTER PURSUANT TO SECTION 1692e(10) OF THE FDCPA**

146.  Defendant incorporates by reference its responses contained in Paragraphs 1 through 145.

147.  Defendant denies the allegations of Paragraph 147.

148.  Paragraph 148 of the Complaint contains conclusions of law which require no response.

149.  Paragraph 149 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

150.  Paragraph 150 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

151.  Paragraph 151 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

152.  Paragraph 152 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

153.  Paragraph 153 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

///

///

///

## COUNT VI

**CLASS ACTION CLAIM RELATED TO THE COLLECTION ENVELOPE AND THE COLLECTION LETTER PURSUANT TO SECTION 1692e(10) OF THE FDCPA**

154.    Defendant incorporates by reference its responses contained in Paragraphs 1 through 153.

155.    Defendant denies the allegations of Paragraph 155.

156.    Paragraph 156 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

157.    Paragraph 157 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

158.    Defendant lacks sufficient information or belief to either admit or deny the allegations contained in Paragraph 158 and, on that basis, denies them.

159.    Defendant lacks sufficient information or belief to either admit or deny the allegations contained in Paragraph 159 and, on that basis, denies them.

160.    Defendant denies the allegations of Paragraph 160.

161.    Defendant denies the allegations of Paragraph 161.

## COUNT VII

**INDIVIDUAL CLAIM FOR VIOLATIONS OF SECTION 1692e OF THE FDCPA BASED UPON THE MISREPORTED MAILING DATE OF THE COLLECTION LETTER**

162.    Defendant incorporates by reference its responses contained in Paragraphs 1 through 161.

163.    Paragraph 163 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

164.    Paragraph 164 of the Complaint contains conclusions of law which require no response.

165. Paragraph 165 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

## COUNT VIII

**CLASS ACTION CLAIM FOR VIOLATIONS OF SECTION 1692e OF THE FDCPA BASED UPON THE MISREPORTED MAILING DATE OF THE COLLECTION LETTER**

166. Defendant incorporates by reference its responses contained in Paragraphs 1 through 165.

167. Paragraph 167 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

168. Defendant lacks sufficient information or belief to either admit or deny the allegations contained in Paragraph 168 and, on that basis, denies them.

169. Defendant lacks sufficient information or belief to either admit or deny the allegations contained in Paragraph 169 and, on that basis, denies them.

170. Defendant denies the allegations of Paragraph 170.

171. Defendant denies the allegations of Paragraph 171.

## COUNT IX

**INDIVIDUAL CLAIM FOR VIOLATIONS OF SECTION 1692f OF THE FDCPA BASED UPON THE MISREPORTED MAILING DATE OF THE COLLECTION LETTER**

172. Defendant incorporates by reference its responses contained in Paragraphs 1 through 171.

173. Paragraph 173 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

174. Paragraph 174 of the Complaint contains conclusions of law which require no response.

///

175.    Paragraph 175 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

## COUNT X

### CLASS CLAIMS FOR VIOLATIONS OF SECTION 1692f OF THE FDCPA BASED UPON THE MISREPORTED MAILING DATE OF THE COLLECTION LETTER

176.    Defendant incorporates by reference its responses contained in Paragraphs 1 through 175.

177.    Paragraph 177 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

178.    Defendant lacks sufficient information or belief to either admit or deny the allegations contained in Paragraph 178 and, on that basis, denies them.

179.    Defendant lacks sufficient information or belief to either admit or deny the allegations contained in Paragraph 179 and, on that basis, denies them.

180.    Defendant denies the allegations of Paragraph 180.

181.    Defendant denies the allegations of Paragraph 181.

## COUNT XI

### INDIVIDUAL CLAIM RELATED TO TIME-BARRED LANGUAGE

182.    Defendant incorporates by reference its responses contained in Paragraphs 1 through 181.

183.    Defendant denies the allegations of Paragraph 183.

184.    Defendant denies the allegations of Paragraph 184.

185.    Defendant denies the allegations of Paragraph 185.

186.    Defendant denies the allegations of Paragraph 186.

187.    Paragraph 187 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

188.     Paragraph 188 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

189.     Paragraph 189 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

190.     Paragraph 190 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

191.     Paragraph 191 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

192.     Paragraph 192 of the Complaint contains conclusions of law and legal arguments, which require no response. To the extent that the paragraph contains factual allegations, Defendant denies them.

<u>**COUNT XII**</u>

**CLASS CLAIM RELATED TO TIME-BARRED LANGUAGE**

193.     Defendant incorporates by reference its responses contained in Paragraphs 1 through 192.

194.     Defendant denies the allegations of Paragraph 194.

195.     Defendant lacks sufficient information or belief to either admit or deny the allegations contained in Paragraph 195 and, on that basis, denies them.

196.     Defendant denies the allegations of Paragraph 196.

197.     Defendant denies the allegations of Paragraph 197.

**VII.**

<u>**THE ELEMENTS OF FRCP 23 ARE MET**</u>

**A.     <u>Numerosity</u>**

198.     Defendant denies the allegations of Paragraph 198.

199.     Defendant lacks sufficient information or belief to either admit or deny the allegations contained in Paragraph 199 and, on that basis, denies them.

200.     Defendant denies the allegations of Paragraph 200.

**B.     Commonality and Predominance**

201.     Defendant denies the allegations of Paragraph 201.

202.     Defendant lacks sufficient information or belief to either admit or deny the allegations contained in Paragraph 202 and, on that basis, denies them.

**C.     Typicality**

203.     Defendant lacks sufficient information or belief to either admit or deny the allegations contained in Paragraph 203 and, on that basis, denies them.

204.     Defendant lacks sufficient information or belief to either admit or deny the allegations contained in Paragraph 204 and, on that basis, denies them.

**D.     Appropriateness and Superiority**

205.     Defendant denies the allegations of Paragraph 205.

206.     Defendant denies the allegations of Paragraph 206.

207.     Defendant lacks sufficient information or belief to either admit or deny the allegations contained in Paragraph 207 and, on that basis, denies them.

208.     Defendant lacks sufficient information or belief to either admit or deny the allegations contained in Paragraph 208 and, on that basis, denies them.

**E.     Adequacy**

209.     Defendant lacks sufficient information or belief to either admit or deny the allegations contained in Paragraph 209 and, on that basis, denies them.

210.     Defendant denies the allegations of Paragraph 210.

211.     Defendant lacks sufficient information or belief to either admit or deny the allegations contained in Paragraph 211 and, on that basis, denies them.

///

///

///

**F.** **Injunctive and Declaratory Relief Are Warranted**

212. Paragraph 212 of the Complaint contains conclusions of law which require no response.

213. Defendant denies the allegations of Paragraph 213.

214. Defendant denies the allegations of Paragraph 214.

## AFFIRMATIVE DEFENSES

As and for separate affirmative defenses to the Complaint, and without assuming or shifting any burden of proof required for Plaintiff to establish his claims, Defendant alleges on information and belief as follows:

### FIRST AFFIRMATIVE DEFENSE

### (Arbitration Required by Contract)

1. Defendant alleges on information and belief that upon the election of Defendant or of Plaintiff, the parties are required to arbitrate all or part of Plaintiff's alleged claims under the terms of the contract between Plaintiff and the original creditor. Therefore, upon any party's election this Court lacks jurisdiction to hear such claims against this Defendant. The terms of the written arbitration agreement states in relevant part:

> Arbitration. Please review this provision carefully. It provides that any dispute may be resolved by binding arbitration. Arbitration replaces the right to go to court and the right to have a jury decide a dispute. Under this provision, your rights may be substantially limited in the event of a dispute. You may opt out of this Arbitration provision by following the instructions below
>
> By accepting this Agreement, unless you opt out by following the instructions below, you agree that either you or we, at our sole discretion, can choose to have any dispute arising out of or relating to this Agreement or our relationship resolved by binding arbitration. If arbitration is chosen by any party, neither you nor we will have the right to litigate that dispute in court or to have a jury trial on that dispute.

### SECOND AFFIRMATIVE DEFENSE

### (Class Action Waiver)

2. The proposed class fails because, on information and belief, some or all of the purported class members are subject to valid written arbitration agreements that do not include

1 class arbitration agreements, or that prohibit class arbitration, and there is therefore no right to

2 bring a claim on a class wide basis through litigation, arbitration, or otherwise. The terms of the

3 written arbitration agreement states in relevant part:

> In addition, you will not have the right to participate as a representative or member of any class of claimants pertaining to any dispute subject to arbitration…Disputes brought as part of a class action or other representative basis are subject to arbitration on an individual (non-class, non-representative) basis. IF YOU DO NOT OPT OUT, THEN YOU WILL HAVE WAIVED YOUR RIGHT TO INDICATE OR PARTICIPATE IN A CLASS ACTION RELATED TO THIS AGREEMENT.

### THIRD AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

3.      The allegations of the Complaint fail to state a claim against Defendant upon which relief can be granted because, without limitation, the disclosures provided are factually true, clear, and compliant with all applicable laws. Further, any revisions of the disclosures as asserted by Plaintiff could be misleading and would put Defendant in the position of providing legal advice.

### FOURTH AFFIRMATIVE DEFENSE

### (Statute of Limitations/Laches)

4.      The purported claims set forth in the Complaint are barred in whole or in part by the applicable statutes of limitation and/or the equitable doctrine of laches, including but not limited to 15 U.S.C. § 1692k(d), to the extent the putative class might include any members whose claims arose more than one year prior to the filing of the Complaint.

### FIFTH AFFIRMATIVE DEFENSE

### (Bona Fide Error)

5.      To the extent that any violation of law occurred, which Defendant expressly denies, said violation was not intentional and resulted from a bona fide error notwithstanding the maintenance by Defendant of procedures reasonably adapted to avoid any such error. Defendant maintains policies and procedures designed to ensure that all disclosures required by law are included in its written communications. As it relates to this case, Defendant's policies and procedures include analysis of the disclosure language to ensure it is consistent with Defendant's

1  debt servicing policies, including its policy not to commence lawsuits to collect debts where the

2  statute of limitations has expired, even if a later payment is made.

3  ### SIXTH AFFIRMATIVE DEFENSE

4  ### (No Willful Conduct)

5  6.  Defendant acted in good faith at all times in its dealings with Plaintiff, and if any

6  conduct by Defendant is found to be unlawful, which Defendant expressly denies, such conduct

7  was not willful and should not give rise to liability. Specifically, Defendant did not intend to

8  mislead debtors through its disclosures, which truthfully and accurately advise that they will not be

9  sued.

10  ### SEVENTH AFFIRMATIVE DEFENSE

11  ### (Set-Off)

12  7.  Defendant is informed and believe that some or all members of the putative class

13  are or may owe financial obligations that offset, in whole or part, their claims in this action.

14  ### EIGHTH AFFIRMATIVE DEFENSE

15  ### (Statute(s) Unconstitutional as Applied)

16  8.  The statute or statutes are unconstitutional both on their face and as applied because

17  they unconstitutionally restrict a creditor's or debt collector's speech, and because they place a

18  greater restriction on a debt collector's speech than on a debtor's speech, in violation of the First

19  and Fourteenth Amendments of the United States Constitution.

20  WHEREFORE, Defendant requests judgment as follows:

21  1.  That Plaintiff takes nothing by the Complaint, which should be dismissed with

22  prejudice;

23  2.  That Defendant recovers from Plaintiff its costs according to proof;

24  3.  That Defendant recovers its attorneys' fees according to proof; and

25  ///

26  ///

27  ///

28  ///

1    4.    That the Court orders such other further reasonable relief as the Court may deem

2    just and proper.

3    DATED: September 18, 2019        SOLOMON WARD SEIDENWURM & SMITH, LLP

4

5                                     By:    /s/ Thomas F. Landers
                                            _____
6                                            THOMAS F. LANDERS
                                             LEAH S. STRICKLAND
7                                            Attorneys for Defendants Midland Credit
                                             Management, Inc., and Midland Funding, LLC

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28